Raymond L. Bell v. Unemployment Compensation Board of Review of the Commonwealth of Pennsylvania. Raymond L. Bell, Appellant.

Argued October 28, 1976, before Judges WILKINSON, JR., ROGERS and BLATT, sitting as a panel of three.

*Robert L. Johnson,* for appellant.

*Charles G. Hasson,* Assistant Attorney General, with him *Sydney Reuben,* Assistant Attorney General, and *Robert P. Kane,* Attorney General, for appellee.

OPINION BY JUDGE WILKINSON, December 7, 1976:
This decision is controlled by *Rozanc v. Unemployment Compensation Board of Review*, 27 Pa. Commonwealth Ct. 369, A.2d (1976).

Accordingly, we will enter the following

### ORDER

Now, December 7, 1976, the order of the Unemployment Compensation Board of Review, dated March 9, 1976, ordering recoupment under Section 804(a) of the Unemployment Compensation Law is reversed and the record is remanded for a determination of the fault or nonfault nature of the benefits received by the appellant.